USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAJONNY SANTANA,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

21-CV-2659 (VEC)

17-CR-438 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Government must respond to Mr. Santana's 2255 petition by December 21, 2021;

IT IS HEREBY ORDERED that Mr. Santana's reply is due by **January 21, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Santana.

**SO ORDERED.**

**Date: December 14, 2021**
**New York, New York**

                **VALERIE CAPRONI**
              **United States District Judge**