```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
UNITED STATES OF AMERICA,                              :
                                                       :    17-CR-438 (VEC)
         -against-                                     :
                                                       :    ORDER
SHAJOHNNY SANTANA,                                     :
                                                       :
                            Defendant.                 :
----------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 18, 2022, Mr. Santana filed a purported motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), Dkt. 731.

IT IS HEREBY ORDERED that the Government must respond to Mr. Santana's motion for compassionate release by no later than **November 30, 2022**. In its response, the Government must include Mr. Santana's educational and disciplinary records from the Bureau of Prisons, to be filed on the public docket, and the last two years of Mr. Santana's medical records, to be filed under seal.

IT IS FURTHER ORDERED that Mr. Santana may reply in further support of his motion by no later than **January 31, 2023**. The Clerk of Court is respectfully directed to mail a copy of this Order to Shajohnny Santana, Reg. No. 77051-054, FCI Ray Brook, P.O. Box 900, Ray Brook, NY 12977; and note the mailing on the docket.

**SO ORDERED.**

Date:  October 25, 2022
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**